

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

July 30, 2015

**VIA ECF**
The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Hadiyah Charles v. City of New York, et al., 12 Civ. 6180 (SLT)(SMG)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. The parties jointly write in accordance with Your Honor's Order of May 19, 2015.

First, the parties do not have an estimate of when the referenced CCRB report will be issued.

Second, defendants have agreed to allow until October 30, 2015 for the aforesaid report to be issued by CCRB, at which time the parties propose to submit another joint status report to the Court. However, defendants have put plaintiff on notice that if the report is not issued by October 30, 2015, defendants will likely move the Court at that time for a renewal of their motion for a pre-motion conference as set forth at Docket 96 herein.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Mark D. Zuckerman
Senior Counsel

cc: Alexis Karteron, Esq. (via ECF)