

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

November 5, 2015

**VIA ECF**
The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Hadiyah Charles v. City of New York, et al.</u>, 12 Civ. 6180 (SLT)(SMG)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. The parties jointly write regarding the status of <u>Monell</u> discovery/motion issues in follow up to the parties' joint status report of July 30, 2015. (Docket 105)

Defendants previously agreed to allow until October 30, 2015 for the CCRB report referenced in defendants' motion for a pre-motion conference at Docket 96, plaintiff's opposition (Docket 100) and in the Court's Order of May 19, 2015, to be issued. (Docket 105) Although the CCRB report still has not been issued, and the parties do not know when it will be, plaintiff has represented that she is "hopeful" that the CCRB will reveal its plans in this regard at their next meeting of November 16, 2015. Based on the foregoing, defendants are willing to allow until November 30, 2015 for the report to be issued before renewing their motion for partial summary judgment and the dismissal of plaintiff's <u>Monell</u> claims.

Defendants have put plaintiff on notice that if the report is not issued by November 30, 2015, defendants will likely move the Court at that time for a renewal of their motion for a pre-motion conference as set forth at Docket 96 herein. Plaintiff has indicated that she expects to oppose said motion.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Mark D. Zuckerman
Senior Counsel

cc: Alexis Karteron, Esq. (via ECF)