UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
HADIYAH CHARLES,                                   :
                                                   :
                                                   :
                       Plaintiff,                  :
                                                   :
     -versus-                                      :
                                                   :   12-cv-6180 (SLT) (SMG)
The CITY OF NEW YORK, et al.,                      :
                                                   :
                                                   :
                       Defendants.                 :
------------------------------------------------------------------ x

## MOTION TO WITHDRAW AS COUNSEL

Alexis Karteron, undersigned counsel, respectfully moves to withdraw as counsel for plaintiff Hadiyah Charles, in the above-captioned matter, as she is no longer affiliated with this litigation at the New York Civil Liberties Union. The New York Civil Liberties Union will continue to represent the plaintiffs in this matter and no party will be prejudiced if this motion is granted.

WHEREFORE, undersigned counsel and the plaintiffs respectfully request that this Court permit Alexis Karteron to withdraw as counsel for the plaintiff in this matter.

Respectfully submitted,

  /s/ Alexis Karteron
Alexis Karteron
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300
akarteron@nyclu.org

Dated: New York, NY
       June 3, 2016